**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LORI WELOTH**.,

                         Plaintiff,             1:12-CV-0967
    vs.                                         (NAM/RFT)

**STEVENS BUSINESS SERVICE, INC., ET AL**

                        **Defendants.**
_____

**APPEARANCES:**                                        **OF COUNSEL:**

Lemberg & Associates LLC                    Sergi Lemberg, Esq.
1100 Summer Street
Floor 3
Stamford, CT 06905
Attorney for Plaintiff

**Norman A. Mordue, U.S. District Judge**

    **JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

    The Court has been advised by plaintiff's counsel that the parties in the above-captioned case have reached a settlement. (Dkt. No. 4).   Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

    ORDERED, as follows:

    1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

    2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general

releases and file a **Stipulation of Discontinuance** with the Court that must include language "**that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

  3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

  IT IS SO ORDERED.

  Date:   June 28, 2012

_____
Honorable Norman A. Mordue
U.S. District Judge